**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

DANA D. JACKSON,

    Plaintiff,

v.

LAURA D. STEELE; SHANE
HITCHLER, Senior Inspector, Protective
Intelligence Investigator; THE JUDICIAL
COUNCIL OF THE 7TH CIRCUIT;
JOHN M. SCAFFIDI, Trustee Attorney;
U.S. BANKRUPTCY JUDGE BRETT H.
LUDWIG,

    Defendants.

Civil. No. 19-2302 (DWF/BRT)

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated October 8, 2019. (Doc. No. 16.) No objections have been filed to that Report and Recommendation in the time period permitted. Indeed, on October 28, 2019, Plaintiff filed a self-styled "Motion to Abandon Objection of Report and Recommendation" in Civ. No. 19-2688, noting that she will accept the recommendation in this case. (Doc. No. 19.) The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

# ORDER

1. Magistrate Judge Thorson's October 8, 2019 Report and Recommendation (Doc. No. [16]) is **ADOPTED**.

2. The claims in Dana D. Jackson's First Amended Complaint (Doc. No. 10-1) against Defendants Laura D. Steele, John M. Scaffidi, and Shane Hitchler are **DISMISSED WITHOUT PREJUDICE**.

3. The claims in Dana D. Jackson's First Amended Complaint (Doc. No. 10-1) against Defendant Brett H. Ludwig are **DISMISSED WITH PREJUDICE**.

4. This action is **DISMISSED**.

5. Plaintiff's Motion Requesting Service on Defendants (Doc. No. [11]) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 19, 2019

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge